James M. Flagg
Name
8024 Desire Ave
Las Vegas, NV 89128

_____

Prison Number

FILED
ENTERED                    RECEIVED
                           SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 17 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

James M. Flagg ,                        )
                        Plaintiff,      )
                                        )
                                        )
vs.                                     )
                                        )    **2:18-cv-01305-APG-VCF**
Aaron C. Rouse - FBI,                   )
  "Does" - FBI "1-10"                   )
                                        )    CIVIL RIGHTS COMPLAINT
_____ ,         )    PURSUANT TO
                                        )    ~~42 U.S.C. § 1983~~
_____ ,         )    Bivens Action
                                        )
_____ ,         )
                                        )
            Defendant(s).               )

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, James M. Flagg ,
                                                    (Print Plaintiff's name)

who presently resides at 8024 Desire Ave, Las Vegas, NV. 89128, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Las Vegas, Nevada _____ on the following dates
         (institution/city where violation occurred)

August 2017 , September 2016 , and March 2016 .
    (Count I)         (Count II)         ~~(Count III)~~
                                           Count II

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _Aaron C. Rouse_ resides at _1787 W. Lake Mead Blvd, Las Vegas, NV,_

(full name of first defendant)          (address if first defendant)

and is employed as _Special Agent in Charge FBI-Las Vegas_ This defendant is sued in his/her

(defendant's position and title, if any)

___ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Special Agent Rouse is using the FISA laws and other Federal Statutes to harass and intimidate Plaintiff_

3) Defendant _~~John~~ Does- FBI 1-10_ resides at _1787 W. Lake Mead Blvd, Las Vegas, NV,_

(full name of first defendant)          (address if first defendant)

and is employed as _Special Agent- FBI_ . This defendant is sued in his/her

(defendant's position and title, if any)

___ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Various Special Agents of the FBI have worked on the case involving Plaintiff as such the real names of the agents are unknown to Plaintiff._

4) Defendant _____ resides at _____,

(full name of first defendant)          (address if first defendant)

and is employed as _____ . This defendant is sued in his/her

(defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

5) Defendant _____ resides at _____,

(full name of first defendant)          (address if first defendant)

and is employed as _____ . This defendant is sued in his/her

(defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

2

6) Defendant _____ resides at _____,
             (full name of first defendant)                    (address if first defendant)
    and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
    ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

    under color of law: _____

    _____


7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

    _____

    _____

    - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

Several years ago the Plaintiff was employed by the Federal agency known as the Commodity Futures Trading Commission. As such, the Plaintiff worked on matters that were also investigated by the FBI. The CFTC routinely shares information it obtains concerning the targets of its cases with FBI agents and prosecutors. In one such matter the CFTC obtained a large amount of material on the targets of a large organized crime organization. The information, ie financial records, were turned over to the Justice Department. The courts ultimately ruled that the CFTC had no jurisdiction over the named defendants in this case. (See Attached)

- - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

**CONTINUATION OF B. 1.  NATURE OF THE CASE**

See CFTC et al. v. Frankwell Bullion et al., 904 F.Supp. 1072 (1995) and appeal to the 9th circuit, 99 F. 3d 299 ("Frankwell")  Plaintiff advised agents of the FBI in a personal meeting held on July 29, 1992, that there were various issues including legal jurisdictional concerns that the CFTC was having with the line of litigation leading up to the filing of the Frankwell case. Plaintiff also worked for a time in a non-public FBI office in Chicago and as such worked with and reviewed FBI files marked "Secret" and "Top Secret" which were part of the evidence used in FBI Operations "Hedge Clipper" and "Sour Mash" which were under-cover operations that lead to the indictment and conviction of several members of the Chicago Board of Trade. **In his capacity as an employee of the CFTC Plaintiff was assigned tasks and reviewed information and files which should have only been worked on by someone with a security clearance. Plaintiff had no such security clearance what so ever.** Lastly, Plaintiff was advised by his immediate supervisor that the FBI was conducting an investigation of the CFTC and its personnel just prior to Plaintiff's resignation from the CFT.  Plaintiff's supervisor advised Plaintiff that he, the supervisor had provided information to the FBI concerning this investigation.

Plaintiff believes that the FBI in Los Angeles and Las Vegas, Nevada, have been conducting an operation to monitor Plaintiff and determine, using psychological warfare techniques, what Plaintiff knows about any classified material Plaintiff became aware of during his employment with the CFTC.  Plaintiff believes that FBI agents have been in contact with Plaintiff's family, friends, neighbors and employers and have mislead these people into thinking Plaintiff was a threat to national security and or has violated Federal law.  This FBI operation has been ongoing since 1992.  Plaintiff also believes that the Las Vegas FBI has in its files evidence that the HOA which governs Plaintiff's home was made aware of numerous construction defects in the construction of the complex in which Plaintiff resides, but failed to repair those defects after reaching a settlement in the construction defect case it initiated against the general contractor which built the complex where Plaintiff resides. The Las Vegas FBI obtained this information when it raided the former management company of the HOA where Plaintiff resides ("Platinum Community Services") in 2005.  Because of Plaintiff's former experience with the CFTC, Plaintiff understands the complete embarrassment and total lack of any respect anyone would have for the way the local office of the FBI and U.S. Attorney's Office in Las Vegas handled the HOA corruption case. Plaintiff believes that anyone in a senior position with the Justice Department in Washington D.C.  would think that the handling of the matter by the local offices of the FBI and U.S. Attorney were dubious at best.  Bringing in replacement prosecutors from Washington D.C. and having the operation leak before the investigation was completed would have made this case one of the most embarrassing in  history for local Federal law enforcement. So it should not surprise this court that the Las Vegas FBI has in its files evidence that there are many wrongdoers that have gone unpunished for crimes committed in the name of a construction defect litigation in Las Vegas.

Plaintiff is asking this court to issue a cease and desist or restraining order to bring an end to all FBI action against Plaintiff since Plaintiff does not feel the Justice Department will or ever has been able to obtain an indictment or conviction against Plaintiff and that the court restrain the FBI from ever releasing information about this operation, especially the information relating to the condition of Plaintiff's home, to anyone outside of the Justice Department.

## COUNT I

The following civil rights has been violated: Plaintiff's rights under the 4th, 5th, 6th and 9th Amendments to the U.S. Constitution.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff lives and owns in a townhome community known as the Allure Townhomes in Las Vegas, Nevada. The HoA for this community was at one time managed by Lisa Kim and Platinum Community Services. This individual and company were the subject of FBI and Justice Department investigations and legal action. The FBI raided the offices of Platinum Community Services in 2005 and seized the files and records of the company. Plaintiff has cause to believe that the FBI has in its possession documents which would show that the constuction defect work done by the Allure Townhomes HoA in 2004 did not repair many of the defects uncovered during the litigation the HoA under took from 2000 - 2003. Platinum Community Services was the HoA management company during and after repairs and would have had records of completed repairs in their files that were seized by the FBI in 2005. Plaintiff believes that the FBI has coerced Plaintiff's neighbors, who are also owners in the Allure Townhomes, into a (See Continuation)

4

## COUNT I CONTINUED

participating in the above described operation by threatening the neighbors with the consequences of public disclosure of the fact that there are uncorrected construction defects within the complex. The FBI has had the neighbors engage Plaintiff in many conversations regarding the Allure Townhomes construction defect litigation and the consequences of public disclosure of the fact that there are uncorrected defects. Plaintiff wishes to have the court restrain the FBI from engaging in this type of activity in the future and to order the FBI not disclosure further to anyone outside of the Justice Department that is not bound by the proper security clearance, any material or information it has about the condition of the Allure Townhomes or the what the FBI has learned about the tainted construction defect litigation from the files of Platinum Community Services as a result of it investigation into HOA construction defect litigation corruption. Plaintiff feels that further disclosure would significantly negatively impact the market value of his property and the property of his neighbors for no good reason. Thanks to the mishandling of this investigation by the local representatives of the FBI and U.S. Attorney's office, the Justice Department was not able to fully punish the many wrongdoers in this case and has only spread unsubstantiated opinions and rumors about what happened in the case of the Allure Townhomes. Due to length and outcome of the criminal case in this matter, plaintiff was unable to pursue a meaningful civil action related to the construction defects in his HOA complex. Plaintiff feels that the actions of the FBI with regard to the operation conducted involving Plaintiff constitute a violation of Plaintiff's civil rights.

## COUNT II

The following civil rights has been violated: Rights under the 4th, 5th 6th and 9th amendments of the U.S. Constitution

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

From September 2007 - September 2016 Plaintiff was employed at the Westgate Las Vegas resort and casino and its predecessor companies. Plaintiff's manager was Joseph J. Kornegay, Mr. Kornegay has stated in public forums such as newspaper interviews, that he is an informant for law enforcement especially the FBI. Mr. Kornegay at the direction of the FBI spent years harassing Plaintiff and in March of 2016 insisted that Plaintiff give a voluntary statement to the Nevada Gaming Control Board concerning a customer complaint that involved a wager that Plaintiff wrote for the customer. This incident along with Plaintiffs termination of employment at the Westgate is now the subject of a lawsuit filed by plaintiff against Mr. Kornegay and Westgate.

5

## COUNT III

The following civil rights has been violated: _____

_____

_____

       Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  __✓__ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a) Defendants: _Westgate Resorts , Paragon Gaming, Joseph I. Kornegay_

b) Name of court and docket number: _Clark County District Court A-17-761143C_

c) Disposition (for example, was the case dismissed , appealed or is it still pending?): _still Pending_

d) Issues raised: _Wrongful termination , Violations of Nevada Gaming laws and regulations, violation of plaintiffs' Civil Rights_

e) Approximate date it was filed: _9-7-17_

f) Approximate date of disposition: _Open_

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

7

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _____ Yes ✓ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) _____ disciplinary hearing; (2) _____ state or federal court decision; (3) ✓ state or federal law or regulation; (4) _____ parole board decision; or (5) _____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

8

- - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

I would like a court order directing the FBI to cease and desist the operation or investigation of plaintiff and directing the FBI to seal and maintain the confidentiality of plaintiff's home and homeowners association condition and any other relief the court deems appropriate including the return of any item taken from Plaintiff.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

July 16, 2018
_____
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9