# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES M. FLAGG, <br><br> Plaintiff, <br><br> v. <br><br> AARON C. ROUSE, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-01305-APG-VCF <br><br> **Order Accepting Report and Recommendation and Denying Motion to File Under Seal** <br><br> (ECF Nos. 2, 6) |

On May 9, 2017, Magistrate Judge Ferenbach entered his Order and Report & Recommendation. ECF No. 6. Judge Ferenbach ordered that plaintiff James Flagg's motion to file documents electronically was denied. Mr. Flagg did not appeal that order, so it stands as issued.

Judge Ferenbach also recommended that I deny Mr. Flagg's motion (ECF No. 2) to file this action under seal. Mr. Flagg filed an objection to that recommendation. ECF No. 7. I have conducted a de novo review of the issues set forth in the Report & Recommendation under Local Rule IB 3-2. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

IT IS HEREBY ORDERED that the Report & Recommendation **(ECF No. 6) is accepted** and Mr. Flagg's motion to file under seal **(ECF No. 2) is denied**. The clerk of the court shall unseal this case and all filings in it.

Dated: February 25, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE