# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES M. FLAGG, <br><br> Plaintiff, <br><br> v. <br><br> AARON C. ROUSE, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-01305-APG-VCF <br><br> **Order Denying (1) Objection to Magistrate Judge's Order and (2) Motion for Relief from Order** <br><br> (ECF Nos. 30, 32) |

On June 12, 2019, Magistrate Judge Ferenbach stayed discovery in this case. ECF No. 28. Plaintiff James Flagg filed an objection to that order (ECF No. 30) and, later, a motion for relief from that order (ECF No. 32) that largely repeated the arguments in his objection.

Pursuant to Local Rule IB 3-1, I have reviewed the related papers and find that Magistrate Judge Ferenbach's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Ferenbach's order **(ECF No. 28) is AFFIRMED and Flagg's objection and motion (ECF Nos. 30, 32) are DENIED.**

Dated: October 2, 2019.

                                                                ANDREW P. GORDON
                                                                UNITED STATES DISTRICT JUDGE